**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sherman LEWIS, Defendant–Appellant.**

No. 02–6128.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 26, 2003.

Decided March 10, 2003.

Sherman Lewis, Appellant Pro Se. Anne Margaret Hayes, Assistant United States Attorney, Barbara Dickerson Kocher, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Sherman Lewis was convicted in 1988 of conspiracy, bank robbery, and firearms charges. He appeals the district court's order denying his motion for reduction of sentence under Rule 35 Fed. R.Crim. Pro. We have reviewed the record and find no reversible error. Accordingly, we affirm the order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*